UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTONIO RAMOS MARIN and ARTURO LOPEZ on behalf of themselves, individually, and on behalf of all others similarly-situated<br><br>Plaintiffs,<br><br>v.<br><br>MEZZECANTINA LLC and MICHAEL KRIKORIAN, individually<br><br>Defendants. | Civil Action No: 17-cv-05020 (MAS) (TJB)<br><br>Civil Action<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The matter is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and the Settlement Agreement entered into between the parties and after due consideration, it is

**ORDERED** as follows:

1. The Settlement Agreement is hereby approved;

2. The Stipulation for Dismissal With Prejudice filed herein by the Plaintiffs and Defendants is hereby approved;

3. The above action is hereby **DISMISSED WITH PREJUDICE;** &

4. The Court retains jurisdiction of the above styled action solely for the purpose of enforcing the Settlement Agreement.

DONE AND ORDERED this 12 day of July, 2018.

_____
USMJ

24